# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
## (Miami Civil Division)

FRANK E. POLO, SR., )
    Plaintiff, )
)
)
v. ) CASE NO:_____
)
ELEVENTH JUDICIAL CIRCUIT )
COURT OF FLORIDA, )
SCOTT MARCUS BERNSTEIN (in )
his Personal and Official Capacity); )
MARCIA DEL REY (In her )
Personal and Official Capacity) )
)
    Defendant,
_____/

FILED BY _____ D.C.
OCT 08 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## SWORN AFFIDAVIT ACCOMPANYING MOTION FOR PRELIMINARY INJUNCTION

I, the undersigned, being duly sworn, do hereby state under oath and under penalty of perjury that the facts contained in the Statement of Facts of the "*Ex Parte Application for Temporary Restraining Order; Order to Show Cause Why a Preliminary Injunction Should Not Issue, Memorandum in Support Thereof*" are true, unless otherwise indicated.

Respectfully Submitted this 7th Day of October 2021.

_____
Frank E. Polo, Sr.
9411 Fontainebleau Blvd. Apt. 211
Miami, FL. 33172
Telephone: 305-901-3360

## STATE OF FLORIDA COUNTY OF MIAMI DADE

Sworn to and subscribed before me by means of [ ✓ ] physical presence or [ _ ] online notarization, this **8th** day of **October, 2021**, by **Frank Polo.**

MARIA G. MARTINEZ VENTURA
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG288031
Expires 1/2/2023

_____
(Signature of Notary Public-State of Florida)

Maria G Martinez
(Name of Notary Typed, Printed, or Stamped)

Personally Known _____ OR Produced Identification ✓

Type of Identification Produced  FL DL P400-265-72-048-0