UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-23557-ALTMAN/Reid

FRANK E. POLO, *et al.*,

 *Plaintiffs*,

v.

ELEVENTH JUDICIAL
CIRCUIT OF FLORIDA, *et al.*,

 *Defendants.*

_____/

**ORDER OF REFERRAL**

The Plaintiffs filed a Motion for Ex-Parte Application for Temporary Restraining Order (the "Motion") [ECF No. 3]. Pursuant to Rules 54(d)(2)(D) and 72(b) of the Federal Rules of Civil Procedure, the Court hereby **ORDERS** that the Motion [ECF No. 3] is **REFERRED** to United States Magistrate Judge Lisette M. Reid for a Report & Recommendation.

**DONE AND ORDERED** in Miami, Florida this 18th day of October 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record